**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:14-cv-00041-FDW-DCK**

| | |
|---|---|
| **ALan M. FEENEY,**         ) | |
|         ) | |
|     **Plaintiff,**         ) | |
|         ) | |
| **vs.**         ) | |
|         ) | **ORDER** |
| **DAIMLER TRUCKS NORTH**   ) | |
| **AMERICA, LLC, et. al.,**    ) | |
|         ) | |
|     **Defendants.**      ) | |
|         ) | |
|         ) | |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On July 22, 2014, a mediation report was filed with the Court. (Doc. No. 16). In the report, Mediator M. Ann Anderson submitted that the instant case completely settled, and that Counsel would promptly notify the Court of settlement by the filing of a stipulation of dismissal signed by the parties. (Doc. No. 16). Over thirty (30) days have passed since the report was filed, therefore, the Court ORDERS the parties file an agreement for entry of judgment or a stipulation of dismissal within fourteen (14) days, or the Court will dismiss the case without prejudice.

IT IS SO ORDERED.


Signed: August 26, 2014


Frank D. Whitney
Chief United States District Judge